IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02171-WDM-MJW

METRO WASTEWATER RECLAMATION DISTRICT,

Plaintiff,

v.

ALFA LAVAL, INC., et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Amended Motion for Leave to Amend Defendant Alfa Laval's Counterclaim and Certificate of Compliance with Local Rule 7.1 (docket no. 62) is GRANTED for those reasons as stated in Defendant Alfa Laval, Inc.'s reply (docket no. 74) which this court incorporates by reference for the factual and legal basis for granting the subject motion. The Defendant Alfa Laval, Inc.'s Answer and Amended Counterclaim is accepted for filing today.

Date:  February 28, 2007