IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02171-WDM-MJW

METRO WASTEWATER RECLAMATION DISTRICT,

Plaintiff,

v.

ALFA LAVAL, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Extension of Scheduling Order Deadlines (docket no. 82) is GRANTED as follows.  The deadline to complete discovery is extended to May 18, 2007.  The Rule 16 Scheduling Order is amended consistent with the minute order.

Date:  May 8, 2007