IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02171-WDM-MJW

METRO WASTEWATER RECLAMATION DISTRICT,

Plaintiff,

v.

ALFA LAVAL, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Leave to Serve 15 Additional Requests for Production of Documents on Defendant Alfa Laval, Inc. (docket no. 97) is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED insofar as allowing additional requests for production finding good cause shown.  The motion is DENIED as to the number of additional requests for production.  Plaintiff and Defendants are each given an additional seven (7) requests for production.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  June 26, 2007