IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02171-WDM-MJW

METRO WASTEWATER RECLAMATION DISTRICT,

Plaintiff,

v.

ALFA LAVAL, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Second Motion for Protective Order (Stipulated) (Docket No. 106) is stricken because the signature on behalf of defendant Alfa Laval, Inc., is of an attorney who is not an attorney of record and who is not admitted to practice before this court.  The court further notes that the signature block for defendant is incomplete as it merely lists the names of defense counsel, not their address, telephone number, etc.

Date: August 1, 2007