IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-02171-WDM-KLM

METRO WASTEWATER RECLAMATION DISTRICT,

    Plaintiff(s),

v.

ALFA LAVAL, INC., and
NATIONAL UNITION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Defendant(s).

## MINUTE ORDER

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant National Union Fire Insurance Company of Pittsburgh, PA's motion for summary judgment regarding improper termination for default and brief in support, motion summary judgment regarding superior knowledge and brief in support and motion for summary judgment regarding impossibility of performance and brief in support, filed August 31, 2007 are stricken for failure to comply with Trial and Pretrial Procedures.

    Parties may not circumvent my page number limitations by filing a motion for summary judgment as three separate documents and briefs.

Dated:  September 12, 2007

                                                    s/ Kathy Preuitt-Parks, Deputy Clerk