IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02171-WDM-KLM

METRO WASTEWATER RECLAMATION DISTRICT,

    Plaintiff(s),

v.

ALFA LAVAL, INC., and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    Pursuant to the parties' representation that the dispute regarding Docket No. **102** has been resolved,

    IT IS HEREBY **ORDERED** that the hearing set for SEPTEMBER 25, 2007 at 11:00 a.m. is **vacated**.

    IT IS FURTHER HEREBY **ORDERED** that Plaintiff's Motion No. 102 is **DENIED as moot**.


Dated: September 21, 2007