IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02171-WDM-KLM

METRO WASTEWATER RECLAMATION DISTRICT,

    Plaintiff,

v.

ALFA LAVAL, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to file response in excess of page limits is granted.

Dated: November 30, 2007

                                      s/ Jane Trexler, Judicial Assistant