IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02171-WDM-KLM

METRO WASTEWATER RECLAMATION DISTRICT,

    Plaintiff,

v.

ALFA LAVAL, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion to file reply is granted.

Dated: January 14, 2008

                                          s/ Jane Trexler